IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| Plaintiff, § | CIVIL ACTION NO. 2:16-CR-00003-JRG |
| v. § | |
| LINDSEY DASHAY JONES (2) § | |
| Defendant. § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The above entitled and numbered criminal action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3). The Report of Magistrate Judge John D. Love, which contains his proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. The parties have waived their objections to the Report and Recommendation.

The Court is of the opinion that the findings and conclusion of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court and **ORDERS** that Defendant Lindsey Dashay Jones be sentenced to a term of imprisonment of 5 months with no supervised release to follow to run consecutive to the sentence imposed in Case Number 6:23-cr-21, pending in the Eastern District of Texas, Tyler Division. The Court further **RECOMMENDS** that Defendant serve her sentence at FMC Carswell, Texas, if available.

**So ORDERED and SIGNED this 28th day of August, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE